12-15-00122-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN - 8 2015
e/Km

TYLER TEXAS
CATHY S. LUSK, CLERK

5-27-2015

## Notice

I am writing to put this court on notice that I have been transfered to a new institution. The new address is Northpoint Training Center, P.O. Box 479, Burgin Kentucky 40310. However, this institution rejects all legal mail unless the inmate signs a form giving them the ability to destroy the envelope and any other legal document they don't allow.

Under the current standing I can not recieve any legal mail. The institution has been informed by several attornies that this is illegal. It is the institution's view that unless court ordered, they will not allow any legal mail. They have also advised that if an inmate wants the envelope that the mail can come through non-confidential mail and then will be allowed.

I regret to inform this court of my current denial of access. However, I have spent 3 weeks in the attempt to resolve this with no avail. As to what action I can take, I am without direction. It is in the Courts hand now, may God guide the actions.

In Intrinsic Integrity,
Minister W. S. Anglin
Min. Wesley S. Anglin
"All rights reserved"





CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

May 13, 2015

Judge Teresa Drum
294th District Court
301 Courthouse
121 East Dallas Street
Canton, TX 75103
* DELIVERED VIA E-MAIL *

Mr. Chris B. Martin
District Attorney
Van Zandt County
400 South Buffalo
Canton, TX 75103
* DELIVERED VIA E-MAIL *

Wesley S. Anglin
#228919
3-DU-03L
200 Road to Justice
West Liberty, KY 41472

**RE:**   Case Number:                12-15-00122-CR
          Trial Court Case Number:    W09-0327

**Style:**   In Re: Wesley S. Anglin

You are hereby notified that in the above-described case, the following decision and order was this day made and entered by this Court:

"THIS DAY came on to be considered Relator's Motion to Proceed In Forma Pauperis herein; and the same being inspected, it is **ORDERED** that said motion be, and hereby is, **GRANTED**."

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
     Katrina McClenny, Chief Deputy Clerk





CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

May 11, 2015

Judge Teresa Drum
294th District Court
301 Courthouse
121 East Dallas Street
Canton, TX 75103
\* DELIVERED VIA E-MAIL \*

Mr. Chris B. Martin
District Attorney
Van Zandt County
400 South Buffalo
Canton, TX 75103
\* DELIVERED VIA E-MAIL \*

Wesley S. Anglin
#228919
3-DU-03L
200 Road to Justice
West Liberty, KY 41472

**RE:**   Case Number:                      12-15-00122-CR
         Trial Court Case Number:    W09-0327

**Style:**   In Re: Wesley S. Anglin

Relator's Petition for Writ of Mandamus has this day been received and filed in the above-referenced case.

The above referenced petition fails to comply with the requirements of Tex. R. App. P. 52.2, 52.3(a), (b), (c), (d)(2), (e), (f), (h), (j) and 52.7 and Tex. R. App. P. 52.7.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk